**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **PATRICIA M. HUNSLEY,** § | |
| *Plaintiff*, § | |
| § | |
| v. § | MO:22-CV-249-DC-RCG |
| § | |
| **CREDIT SAGE, LLC,** § | |
| *Defendant*. § | |

### ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

BEFORE THE COURT is Plaintiff Patricia M. Hunsley's ("Plaintiff") Motion for Default Judgment against Credit Sage, LLC. (Doc. 8). This case is before the Court through a Standing Order pursuant to 28 U.S.C. § 636 and Appendix C of the Local Court Rules for the Assignment of Duties to United States Magistrate Judges.

It is hereby **ORDERED** that a hearing on Plaintiff's Motion for Default Judgment will be held on **Tuesday February 28, 2023, at 1:30 p.m.** via Zoom. The Court will supply the Parties with the necessary Zoom meeting information via email within 24 hours of the scheduled hearing time.

Since a default judgment hearing pursuant to Federal Rule of Civil Procedure 55(b) is an evidentiary hearing, Plaintiff's counsel shall call a witness(es) to prove Plaintiff's claims for the relief sought in its Complaint and shall introduce evidence appropriate and relevant exhibits except, if appropriate, reasonable attorney's fees shall be proven by appropriate affidavit.

It is so **ORDERED**.

SIGNED this 17th day of February, 2023.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE