**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **PATRICIA M. HUNSLEY,** §<br>　　　*Plaintiff*, §<br>　　　　　　　　　　　 §<br>v. 　　　　　　　　　　§<br>　　　　　　　　　　　 §<br>**CREDIT SAGE, LLC,** §<br>　　　*Defendant*. 　　　§ | NO. MO:22-CV-249-DC |

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THE COURT is United States Magistrate Judge Ronald C. Griffin's Report and Recommendation ("R&R") filed in the above-captioned cause on March 7, 2023, in connection with Plaintiff's Motion for Default Judgment. (Doc. 10). This matter was referred to the Magistrate Judge. *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72. Neither party filed objections, and the deadline to do so has expired.

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file written objections within fourteen (14) days after being served with a copy of the findings and recommendations. 28 U.S.C. § 636(b)(1). Failure to file written objections to the R&R within fourteen (14) days after being served with a copy shall bar that party from *de novo* review by the district court of the proposed findings and recommendations. *Id.*

Moreover, except upon grounds of plain error, it shall also bar the party from appellate review of proposed factual findings and legal conclusions accepted by the district court to which no objections were filed. *Id.*; *Thomas v. Arn*, 474 U.S. 140, 150–53 (1985); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989) (per curiam).

Having reviewed the R&R, the Court finds it neither clearly erroneous nor contrary to law. Therefore, the Court **ADOPTS** the R&R (Doc. 10) and **GRANTS** Plaintiff's Motion for Default Judgment (Doc. 8).

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that judgment is entered in favor of Plaintiff against Defendant as follows: (1) $199.00 in actual damages; (2) $597.00 in punitive damages; (3) $2,169.15 in attorney fees; and (4) post-judgment interest at 4.46% per annum pursuant to 28 U.S.C. § 1961 from this date until paid.

It is finally **ORDERED** that the Clerk of the Court **CLOSE** the case.

It is so **ORDERED**.

SIGNED this 31st day of March, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE